# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

HONORABLE JUAN M. PEREZ-GIMENEZ          DATE: September 15, 1999

COURTROOM DEPUTY: Lida Isis EGELE          CIVIL CASE: 98-2240 (PG)

---

JOSE R. NEGRON RODRIGUEZ,          <u>Attorneys:</u>  Dennis SIMONPIETRI
et al

vs.

PEDRO TOLEDO DAVILA,               Luis RIOS DIAZ
et al

---

MEETING IN CHAMBERS: The attorneys informed that two defendants have failed to appear for their depositions: Sgt. Benjamín Burgos and Orlando Oyola. Without these depositions the parties are in no position to discuss settlement. Plaintiffs will also take the deposition of Capt. José Hernández Colón.

The depositions of Burgos and Oyola are set for October 18, 1999. They will be subpoenaed to appear in court for their deposition. If they fail to appear once more the plaintiffs may move for sanctions. The plaintiffs have submitted a request for production of some documents that they need before these depositions are taken. The deposition of Hernández Colón is set for October 20 in the offices of counsel Simonpietri.



Cv 98-2240 (PG)  Page 2
September 15, 1999

      The Department of Justice has made no determination as to the legal representation of Lugo Montalvo.

**A third status conference is set for November 4, 1999, at 8:30 A.M.**

                                        Lida Isis EGELE
                                        Courtroom Deputy

s/c:    Simonpietri
         Rios