# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF RE-SETTING</u>　　　　　　　　　　Date:  September 21, 1999

JOSE R. NEGRON RODRIGUEZ,  
et al

　　　Plaintiffs

　　　vs.　　　　　　　　　　　　　　　　　　Civil 98-2240 (PG)

PEDRO TOLEDO DAVILA, et al

　　　Defendants

By Order of the Court the third status conference in the above captioned case, which is set for November 4, 1999, is hereby reset for **Thursday, November 18, 1999,** at 8:30 A.M.  This proceeding will be held before Honorable Juan M. Pérez-Giménez.

　　　　　　　　　　　　　　　　　　　　　　　　Lida Isis Egelé  
　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy

s/c:　Dennis Simonpietri  
　　　Luis Rios Diaz