UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE R. NEGRON RODRIGUEZ, ET AL.,

    Plaintiff(s)

    v.                    Civ. No. 98-2240(PG)

PEDRO TOLEDO DAVILA, ET AL.,

    Defendant(s)

| MOTION | ORDER |
|---|---|
| (Docket #23) - Motion to Withdraw | Granted |

Date: September 22, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge