# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

HONORABLE JUAN M. PEREZ-GIMENEZ          DATE:  November 17, 1999

COURTROOM DEPUTY:  Lida Isis EGELE           CIVIL CASE:  98-2240 (PG)

======================================================================

JOSE R. NEGRON RODRIGUEZ,                          Attorneys:
et al

vs.

PEDRO TOLEDO DAVILA,                                Pablo MONTANER CORDERO
et al

======================================================================

THIRD STATUS CONFERENCE held in chambers. Plaintiffs' counsel is not present. A new attorney has been assigned to this case by the PR Department of Justice. He needs copies of the transcripts of the depositions that have been taken. It appears that not much has been done since the last meeting with the Court.

The plaintiffs' attorney is instructed to provide defense counsel, within the next 15 days, the copies of the transcripts of the depositions of Lt. Sergio Calderón, Agent Angel Vélez Rivera, and Agent José A. Lugo Montalvo. The defendants have until January 14, 2000, to file any dispositive motion. All discovery is to be concluded by December 31, 1999.



Cv 98-2240 (PG)  Page 2
November 18, 1999

**The pretrial conference is set for February 10, 2000, at 8:30 A.M.**

Lida Isis EGELE
Courtroom Deputy

s/c:   Simonpietri
       Montaner