UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE R. NEGRON RODRIGUEZ, et al.,
    Plaintiffs,

v.                                  Civil No. 98-2240(PG)

PEDRO TOLEDO DAVILA, et al.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #30 - Notice Of Appearance. | Granted |

Date: February 10, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge