UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE R. NEGRON RODRIGUEZ, et., al.,
    Plaintiff(s)

v.                                   Civil No. 98-2240(PG)

PEDRO TOLEDO; et., al.,
    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #29 - Joint Motion For Extension Of Time To Complete Discovery. | Granted as to the extension of time to complete discovery. The next Status Conference will be held on March 2, 2000 at 8:30 AM. |

Date: ~~December~~ February 10, ~~1999~~ 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

CDpty.

(32)