# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF PROCEEDINGS

HONORABLE JUAN M. PEREZ-GIMENEZ         DATE: February 10, 2000

COURTROOM DEPUTY: Lida Isis EGELE        CIVIL CASE: 98-2240 (PG)

===============================================================

JOSE R. NEGRON RODRIGUEZ,                Attorneys:
et al

vs.

PEDRO TOLEDO DAVILA,                     Pablo MONTANER CORDERO
et al                                    Mayra MALDONADO COLON

===============================================================

FOURTH STATUS CONFERENCE held in chambers, instead of the scheduled pretrial. Plaintiffs' counsel is not present.

In view of counsel Mayra Maldonado's unavailability to attend the depositions of Lt. Carmelo Rivera, Agent Francisco Vázquez, and Agent Juan Otero, scheduled for February 23, 2000, the same are hereby continued for February 25, 2000.

**A fifth status conference is set for March 2, 2000, at 8:30 A.M.**

                                         _____
                                         Lida Isis EGELE
                                         Courtroom Deputy

s/c:   Simonpietri
       Montaner
       Maldonado