# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF PROCEEDINGS

| | |
|---|---|
| HONORABLE JUAN M. PEREZ-GIMENEZ | DATE: March 2, 2000 |
| COURTROOM DEPUTY: Lida Isis EGELE | CIVIL CASE: 98-2240 (PG) |

======================================================================

| | Attorneys: |
|---|---|
| JOSE R. NEGRON RODRIGUEZ, et al | |
| vs. | |
| PEDRO TOLEDO DAVILA, et al | Pablo MONTANER CORDERO<br>Mayra MALDONADO COLON |

======================================================================

FIFTH STATUS CONFERENCE held in chambers. Plaintiffs' counsel is not present. The Court is informed that of the three depositions that had been scheduled, only one was taken. The defendants request from the Court that they be allowed to further depose the plaintiff, Leonor Ortiz, and, for good cause shown, this request is granted. Her deposition is scheduled for March 28, 2000, at 9:30 A.M. in the Department of Justice.

**A pretrial conference is set for June 7, 2000, at 8:30 A.M.**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Lida Isis EGELE
　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy

s/c:　Simonpietri
　　　Montaner
　　　Maldonado