UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE R. NEGRON RODRIGUEZ, ET., AL.,
    Plaintiffs,

v.                                  Civil No. 98-2240(PG)

PEDRO TOLEDO DAVILA, ET., AL.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #39 - Motion To Convert Pretrial Conference Set For June 7, 2000 Into A Status Conference. | Granted |

Date: _____June 6___, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge