# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
<u>MINUTES OF PROCEEDINGS</u>

HONORABLE JUAN M. PEREZ-GIMENEZ

COURTROOM DEPUTY: LILY ALICEA                DATE: JUNE 7, 2000

CIV NO: 98-2240 (PG)

================================================================

JOSE R. NEGRON RODRIGUEZ ET AL
                                              Attorneys: DENNIS
VS.                                           SIMONPIETRI

PEDRO A. TOLEDO DAVILA ET AL                  MAYRA MALDONADO
                                              PABLO MONTANER

================================================================

Case status conference. Attorney for plaintiff indicates that the has two depositions to take. Court grants the taking of deposition of Pedro Toledo and the same should be taken on June 13 or 14. The other pending deposition is to be taken on Augudt 2, 2000 to be taken at the Department of Justice.

Court grants plaintiff 30 days to submit the name of the expert witness, his curriculum vitae and his expert report. Defendant to depose the expert in the month of August.. Defendant has filed a motion for summary judgment which has to be answered by plaintiff. Plaintiff is to submit a settlement offer to defendant's by next week.

A pretrial conference is scheduled for September 19, 2000 at 8:30 AM.

*Lily Alicea*
Lily Alicea

Courtroom Deputy Clerk