UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 AUG -1 AM 10: 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

JOSE R. NEGRON RODRIGUEZ, et al.,
    Plaintiffs,

        v.                      Civil No. 98-2240(PG)

PEDRO TOLEDO DAVILA, et al.,
    Defendants.

| MOTION | ORDER |
| --- | --- |
| Docket #38 - Motion For Leave To Submit Documents In Their Original Spanish Language. | Granted |

Date: _July 31_, 2000.

_signature_
JUAN M. PEREZ-GIMENEZ
U.S. District Judge