# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

JOSE R. NEGRON RODRIGUEZ, ET AL

**Plaintiff(s)**

v.                              CIVIL NUMBER: 98-2240 (JAG)

PEDRO TOLEDO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/21/00<br>**Title:** Motion Requesting Extension of Time and for Other Relief<br>**Docket:** 50<br>[x] Plffs   [ ] Defts   [ ] Other | **GRANTED.** Dr. Cynthia Casanova will have until September 30, 2000 to tender her expert report. |

Date: 8/30/00

JAY A. GARCIA-GREGORY
U.S. District Judge

