# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

JOSE R. NEGRON RODRIGUEZ, et al

**Plaihtiff(s)**

v.                                    **CIVIL NUMBER: 98-2240(JAG)**

PEDRO TOLEDO DAVILA, et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/21/00 | **GRANTED.** Co-defendants will have until September 8, 2000 to retain new counsel and for new counsel to enter an appearance. |
| Title: Motion Requesting Leave to Withdraw | |
| Docket: #44 | |
| [ ] Plffs   [x] Defts   [ ] Other | |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/06/00 | **NOTED.** The plaintiff shall have until September 18, 2000 to file an opposition. |
| Title: Request for Deadline for Plaintiff to File Opposition to Motion for Summary Judgment | |
| Docket: #43 | |
| [ ] Plffs   [x] Defts   [ ] Other | |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/26/00 | **GRANTED** as requested.   The pretrial conference date is hereby rescheduled to December 19, 2000 at 11:00 A.M. |
| Title: Motion Submitting Curriculum Vitae of Expert and for Extension of Time | |
| Docket: #42 | |
| [ ] Plffs   [x] Defts   [ ] Other | |

Date: 08/28/00

**JAY A. GARCIA-GREGORY**
U.S. District Judge