UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE R. NEGRON RODRIGUEZ, ET AL

**Plaintiff(s)**

v.   CIVIL NUMBER: 98-2240 (JAG)

PEDRO TOLEDO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/29/00<br>**Title:** Motion Requesting Extension of Time to Submit Expert Report by Dr. Cynthia Casanova<br>**Dockets**: 54<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other** | **GRANTED.** |

Date: October _18_, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge

