# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

JOSE R. NEGRON RODRIGUEZ, ET AL

**Plaintiff(s)**

v.

**CIVIL NUMBER:** 98-2240 (JAG)

PEDRO TOLEDO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/03/00 | |
| **Title:** Motion for Extension of Time to File Opposition to Motion for Summary Judgment by Various Defendants | **GRANTED.** |
| **Docket:** 59 | |
| [x] **Plffs**    [ ] **Defts**    [ ] **Other** | |

**Date:** December 11, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge