UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**　　　　　　　　DATE:DECEMBER **18,** 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**　　　　　**CASE NO.CIVIL 98-2240**

==================================================================

JOSE R. NEGRON RODRIGUEZ　　　　　Attorneys:
　　　　　　　　　　　　　　　　　For Plaintiffs:

　　　　VS

　　　　　　　　　　　　　　　　　For Defendant:
PEDRO TOLEDO DAVILA


==================================================================

　　By Order of the Court the pretrial conference in the above-mentioned case set for DECEMBER 19, 2000 at 10:30 AM is hereby continued sine die.

　　**Parties to be notified.**


　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　LILY ALICEA
　　　　　　　　　　　　　　　　COURTROOM DEPUTY

