# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



JOSE R. NEGRON RODRIGUEZ, ET AL

**Plaintiff(s)**

v.    CIVIL NUMBER: 98-2240 (JAG)

PEDRO TOLEDO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/30/01<br>**Title:** Informative Motion<br>**Docket:** 67<br>[x] **Plffs**    [ ] **Defts**    [ ] Other | NOTED. |



Date: March 6, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

