UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE R. NEGRON RODRIGUEZ, ET AL

    **Plaintiff(s)**

    v.                             **CIVIL NUMBER:** 98-2240 (JAG)

PEDRO TOLEDO, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/24/01<br>**Title:** Motion for Extension of Time to File Opposition to Motion for Summary Judgment by Various Defendants<br>**Docket:** 66<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other** | **MOOT**. The Court assumes the filing of the Motion in Opposition to All of Defendants' Motion for Summary Judgment has taken place, if not, plaintiffs have ten (10) days from the date of issuance of this Order to file said motion. |

**Date:** March 6, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge