# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

JOSE R. NEGRON RODRIGUEZ, ET AL

**Plaintiff(s)**

v.                                         CIVIL NUMBER: 98-2240 (JAG)

PEDRO TOLEDO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/16/01<br>**Title:** Motion Requesting Leave to Withdraw Legal Representation<br>**Docket:** 72<br>[ ] **Plffs**  [x] **Defts**  [ ] **Other** | **GRANTED.** |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/18/00<br>**Title:** Motion for Extension of Time to File Opposition to Motion for Summary Judgment by Various Defendants<br>**Docket:** 53<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other** | **MOOT.** |

Date: April 24, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


