IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE R. NEGRON RODRIGUEZ, et al

**Plaintiff(s)**

v.

PEDRO TOLEDO, et al

**Defendant(s)**

CIVIL NO. 98-2240 (JAG)

---

JUDGMENT

Based on the Opinion and Order of July 23, 2001, this Court hereby enters judgment dismissing the federal claims in the complaint with prejudice. The state law claims in the complaint are dismissed without prejudice inasmuch as the Court will not exercise its supplemental jurisdiction under 28 U.S.C. § 1367.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 23rd day of July, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge

