UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE R. NEGRON RODRIGUEZ, ET AL

**Plaintiff(s)**

v.  CIVIL NO. 98-2240 (JAG)

PEDRO TOLEDO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/08/01<br>**Title:** Motion to Accept Spanish Documents<br>**Docket:** 82 | **GRANTED.** |

[X] **Plffs**   [ ] **Defts**   [ ] **Other**

Date: March 7, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge