CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

2002 JUL -1 AM 11: 02

RECEIVED AND FILED

JOSE R. NEGRON RODRIGUEZ, ET AL

Plaintiff(s)

v.   CIVIL NO. 98-2240 (JAG)

PEDRO TOLEDO, ET AL

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/19/02<br>**Title:** Motion Informing Vacations and Requesting Relief<br>**Docket:** 85<br><br>[X] Plffs   [ ] Defts   [ ] Other | **MOOT.** The Court ruled on the last pending motion on May 7, 2002 (Docket 84). |

Date: June 27, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge